**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ROBERT E. HUMMEL,        : No. 76 WM 2014
       :
         Petitioner       :
       :
       :
       v.           :
       :
       :
       :
WAYNE GAVIN, ET AL,        :
       :
         Respondents     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and Application for an Immediate Hearing are **DENIED**.